# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MIGUEL-ANGEL MARTINEZ, | ) | |
| Plaintiff, | ) | Case No. 2:18-cv-00714-JCM-CWH |
| vs. | ) | **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's failure to comply with the court's minute order (ECF No. 5) dated May 21, 2018. Based on plaintiff's notice that he had reached a settlement with defendant Equifax Information Services, LLC, the court ordered dismissal documents or a status report to be submitted to the court by July 20, 2018. To date, plaintiff has not complied with the order. Plaintiff must file appropriate dismissal documents or fax a status report to chambers at 702-454-5581 by August 30, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: July 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**